UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

VAY GORDON,

                              Plaintiff,

              -against-

CITY OF NEW YORK, P.O. JAMES E. BIGGS, P.O. JOHN A. IODICE and POLICE OFFICERS JOHN AND JAMES DOE, meant to designate offending officers, Individually and in their official capacities,

                              Defendants.

------------------------------------------------------------------------ x

<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

21 Civ. 2154 (JMF)

        **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of BRIDGETTE NUNEZ-FIGUEROA, as counsel of record on behalf of the Acting Corporation Counsel of the City of New York, Georgia E. Pestana, attorney for defendants City of New York, Police Officer James Biggs, and Police Officer John Iodice:

                                             **Stephen M. Suhovsky**
                                           *Assistant Corporation Counsel*
                                           New York City Law Department
                                           100 Church Street
                                           New York, NY 10007
                                           (212) 356-xxxx
                                           xxxx@law.nyc.gov

        From this date forward, please serve all pleadings on the attorney for defendants at the address set forth above, and please terminate BRIDGETTE NUNEZ-FIGUEROA from the docket sheet as counsel of record and replace her with Stephen M. Suhovsky.

- 2 -

Dated:  New York, New York
        July 26, 2021

                                        GEORGIA E. PESTANA
                                        Acting Corporation Counsel
                                        of the City of New York
                                        *Attorney for Defendants City, Biggs, and Iodice*

                                        _____/s/_____
                                        Stephen M. Suhovsky
                                        *Assistant Corporation Counsel*
                                        New York City Law Department
                                        100 Church Street
                                        New York, New York 10007

The Court will interpret ECF No. 20, styled as a "Notice of Substitution of Counsel," as a motion by Bridgette Nunez-Figueroa to withdraw as counsel for Defendants City of New York, James Biggs, and John Iodice under Local Civil Rule 1.4.  That motion is GRANTED.  The Clerk of Court is directed to remove Bridgette Nunez-Figueroa from the list of counsel and add Stephen M. Suhovsky to the list of counsel to be noticed.  SO ORDERED.

                                        July 27, 2021