UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
VAY GORDON,                                                              :
:
:
                              Plaintiff,                                 :
:          21-CV-2154 (JMF)
            -v-                                                          :
:                ORDER
CITY OF NEW YORK, et al.,                                                :
:
                              Defendants.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 28, 2021, Plaintiff attempted to file a First Amended Complaint. *See* ECF No. 22. Because the Clerk's Office marked the filing as deficient, Plaintiff refiled the First Amended Complaint on August 1, 2021. *See* ECF No. 24. For avoidance of doubt, the First Amended Complaint is deemed to be timely; in alternative, the Court grants Plaintiff leave to amend *nunc pro tunc* pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Defendants shall answer or otherwise respond to the First Amended Complaint no later than **September 10, 2021**.

      SO ORDERED.

Dated: August 27, 201                           _____
       New York, New York                             JESSE M. FURMAN
                                                   United States District Judge