UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VAY GORDON,                                                       :
:
                          Plaintiff,                    :        21-CV-2154 (JMF)
:
        -v-                                                       :        ORDER
:
CITY OF NEW YORK et al.,                                          :
:
                          Defendants.                   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Counsel should submit a joint letter by **December 7, 2021**, indicating whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. In either case, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: December 2, 2021
       New York, New York
                                                                                                  JESSE M. FURMAN
                                                                               United States District Judge